UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES THOMAS REED, *pro se*,

   Plaintiff,

v.                                        Case No: 8:13-CV-235-T-30AEP

STATE OF FLORIDA,

   Defendant.
_____/

# ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Anthony E. Porcelli (Dkt. #14). Although the time for filing objections has not yet lapsed, the Court notes that any objection would be futile.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #14) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's construed motion for leave to appeal *in forma pauperis* (Dkt. #12) is DENIED.

3. The Court certifies that Plaintiff's appeal is not taken in good faith.

4. The Clerk shall notify the Eleventh Circuit that the motion to proceed *in forma pauperis* is DENIED and that the appeal is not taken in good faith in accordance with Rule 24(a)(4), Federal Rules of Appellate Procedure.

**DONE** and **ORDERED** in Tampa, Florida on March 28, 2013.

*[Signature: James S. Moody, Jr.]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Odd\2013\13-cv-235.adopt 14.wpd